E-Filed: **10/1/09**

JS - 6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JONATHAN ALVAREZ, et al.,**<br><br>　　　　**Plaintiff,**<br><br>　　　v.<br><br>**CHEVRON CORP., et al.,**<br><br>　　　　**Defendants.** | CASE NO. CV 09-3343-GHK (CWx)<br><br>**JUDGMENT** |

　　Pursuant to our September 30, 2009 Order, it is hereby **ADJUDGED** that Plaintiffs Jonathan Alvarez, Emanuel Jimenez, Shaun McCracken, Housam Moumne, Mohamad Moumne, and Kent Cochran's ("Plaintiffs") claims are hereby **DISMISSED with prejudice**. Plaintiffs shall take nothing by their Complaint.

　　**IT IS SO ORDERED**.

DATED: October 1, 2009

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　GEORGE H. KING
　　　　　　　　　　　　　　　　　　　United States District Judge